In the Matter of the Application of the BROOKLYN BAR ASSOCIATION to Discipline an Attorney (NATHAN B. FINKELSTEIN).— Motion granted, respondent disbarred, and his name ordered stricken from the roll of attorneys. Present — Lazansky, P. J., Young, Hagarty, Seeger and Carswell, JJ.

In the Matter of the Application of the BROOKLYN BAR ASSOCIATION to Discipline an Attorney (MARC M. FOX).— Motion to confirm report of official referee granted, respondent disbarred, and his name ordered stricken from the roll of attorneys. The facts warranted the official referee in finding that respondent was guilty of a violation of section 1820-a, subdivision 2, of the Penal Law, in that, acting as a notary public, the respondent falsely represented in the acknowledgment of a general release that the person therein stated to have appeared before him and acknowledged the execution did so appear and acknowledge, when as a matter of fact he had not so appeared or acknowledged. The facts also fully justify a finding that the respondent was guilty of a misappropriation of his client's funds, and even a more serious wrong. His misconduct demonstrates his unfitness to continue the practice of his profession. Present — Lazansky, P. J., Rich, Kapper, Hagarty and Carswell, JJ.

In the Matter of the Final Judicial Settlement of the Account of THOMAS D. GERMANO, as Administrator, etc., of ALFONSO GERMANO, Deceased. THOMAS D. GERMANO, as Administrator, etc., Appellant; JAMES F. DONOHUE, Special Guardian, Respondent.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Young, Hagarty, Seeger and Carswell, JJ.

In the Matter of Supplementary Proceedings. MARY H. PRIESTLEY, Respondent, v. OSCAR BERG, Appellant.— Motion to stay enforcement of judgment denied, with ten dollars costs, upon the ground that no appeal is pending. Present — Lazansky, P. J., Young, Hagarty, Seeger and Carswell, JJ.

In the Matter of the Estate of BENJAMIN QUINN, an Incompetent. ESTHER QUINN, Appellant, v. NORMAN S. DIKE, a Justice of the Supreme Court, Kings County, Respondent.— Motion for peremptory mandamus order denied. Present — Lazansky, P. J., Young, Hagarty, Seeger and Carswell, JJ.

MABEL F. ISQUITH, Respondent, v. JOHN H. ISQUITH, Appellant.— Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Young, Hagarty, Seeger and Carswell, JJ.

CHARLES KELLOGG, Respondent, v. JULIUS FRIEDMAN, Appellant.— Motion for stay denied, with ten dollars costs. Present — Lazansky, P. J., Young, Hagarty, Seeger and Carswell, JJ.

LUCY LOFFREDO, an Infant, by CARMELA CERASUOLA, Her Guardian ad Litem, Respondent, v. CARMINE J. LOFFREDO, Appellant.— Motion to dismiss appeal denied. Present — Lazansky, P. J., Young, Hagarty, Seeger and Carswell, JJ.